IN THE MATTER OF THE PETITION     \*     IN THE
FOR REINSTATEMENT OF
CHRISTOPHER BROUGHTON SHEDLICK     \*     COURT OF APPEALS
TO THE BAR OF MARYLAND

                                           \*     OF MARYLAND

                                           \*     Misc. Docket AG No. 91

                                           \*     September Term, 2021

## ORDER

Upon consideration of the "Petition for Reinstatement Suspension of Six Months or Less" and Bar Counsel's Response to Verified Petition for Reinstatement, filed in the above-captioned case, it is this 15th day of June, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Christopher Broughton Shedlick is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Christopher Broughton Shedlick upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk